**Opinion filed July 19, 2012**



## In The

# Eleventh Court of Appeals

_____

### No. 11-12-00193-CV

_____

### SCIENTIFIC MACHINE & WELDING, INC. AND ALAN BASTA, Appellants
### V.
### WELLS FARGO BANK, N.A., Appellee

**On Appeal from the 250th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-10-001880**

### MEMORANDUM OPINION

Scientific Machine & Welding, Inc. and Alan Basta are the appellants in this appeal. They have filed an unopposed motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). Appellants further request that all costs be taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Therefore, in accordance with appellants' request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed. All costs will be taxed against the party incurring same.

July 19, 2012                                                   PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.